UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

TEDDY NICHOLS,

    Plaintiff,

-vs-                                        Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT AND/OR WAIVE JURY DEMAND

This matter having come before the Court upon the motion of Plaintiff, and the Court being otherwise fully advised in the premises; not therefore,

IT IS ORDERED that Plaintiff is granted leave to amend his complaint, instanter, a copy of which is attached hereto as Exhibit A.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Waive Jury Demand is granted.

IT IS SO ORDERED this 10th day of September, 2003.

_____
UNITED STATES DISTRICT COURT JUDGE