UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

TEDDY NICHOLS,

      Plaintiff,

-vs-                                                                    Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

      Defendants.
_____/

**SUPPLEMENTAL IDENTIFICATION**
**OF EXPERT WITNESSES**
**PURSUANT TO FRCP 26(a)(2)**

      NOW COMES Plaintiff, TEDDY NICHOLS, by and through counsel undersigned,

O'BRYAN BAUN COHEN KUEBLER, and hereby submits the following Supplemental

Identification of Expert Witnesses Pursuant to FRCP 26(a)(2):

      Attached hereto please find the preliminary report of ergonomic analysis, accident

reconstruction and expert opinions of Gary Herron, Ph.D. dated January 19, 2004 (three pages)

and attachments (40 pages).

      Attached hereto please find the Preliminary Expert Report of Captain Ronald L. Compana

dated December 20, 2003.

1

Attached hereto please find a January 6, 2004 supplementation of report of

George E. Parsons, Ph.D.

s/ Gary Wm. Baun
Gary Wm. Baun (P28758)
Kirk E. Karamanian (#0063787) TA
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009
Telephone:    248-258-6262
Facsimile:    248-258-6047
gbaun@obryanlaw.net
kkaramanian@obryanlaw.net

Dated:  January 29, 2004

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was mailed via first

class mail, postage prepaid thereon, on the 29th  day of January, 2004 to attorney of record:

Todd M. Powers, Esq.
Schroeder, Maundrell, Barbiere & Powers
Suite 110, Governors Knoll
11935 Mason Rd.
Cincinnati, OH 45249-8950

s/ Gary Wm. Baun
Gary Wm. Baun (P28758)
Kirk E. Karamanian (#0063787) TA
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009
Telephone:    248-258-6262
Facsimile:    248-258-6047
gbaun@obryanlaw.net
kkaramanian@obryanlaw.net