## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## AT CINCINNATI

| | |
|---|---|
| TEDDY NICHOLS, : | Case No. C-1-02-0045 |
| : | |
| Plaintiff, : | Judge Beckwith |
| : | Magistrate Hogan |
| v. : | |
| : | |
| INDIANA MICHIGAN POWER COMPANY : | |
| RIVER TRANSPORTATION DIVISION : | |
| and/or AMERICAN ELECTRIC POWER : | |
| FUEL SUPPLY, RIVER TRANSPORTATION : | |
| DIVISION, : | |
| : | |
| Defendants. : | |

### DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING DAUBERT MOTIONS

Comes now Defendant, Indiana Michigan Power Company River Transportation Division and/or American Electric Power Fuel Supply, River Transportation Division, and moves this Court for an Order extending the deadline for filing Daubert Motions, currently set for February 27, 2004. This Motion is based upon the attached memorandum.

Respectfully requested,

s/ Todd M. Powers
Todd M. Powers #0027122
Attorney for Defendant
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4212 Phone
513-283-4203 Fax
**Email** tpowers@schroederlaw.com

**MEMORANDUM**

On October 16, 2003, this Court entered its Notice setting forth deadlines which includes a deadline for the filing of Daubert Motions by February 27, 2004. Plaintiff identified five expert witnesses in its disclosure. The parties are discussing dates of mutual availability on which the deposition testimony of the identified expert witnesses may be scheduled. To date, however, the depositions of these expert witnesses are not yet scheduled.

In order to determine the propriety of an expert's opinion, the basis therefor, and the methods employed to reach the opinions rendered, those issues subject to challenge under the teachings of *Daubert*, Defendant must have an opportunity to depose Plaintiff's expert witnesses. As the scheduling of those depositions has been delayed, Defendant respectfully requests the Court grant additional time, up to and including March 30, 2004, in which to file its Daubert Motions.

Respectfully requested,

   **s/ Todd M. Powers**
Todd M. Powers #0027122
Attorney for Defendant
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4212 Phone
513-283-4203 Fax
**Email**  tpowers@schroederlaw.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing was sent by electronic filing and/or regular U.S. Mail to the following this 5th day of February, 2004

Gary Wm. Baun, Esq.
O'Bryan Baun Cohen Kuebler
401 South Old Woodward, Suite 320
Birmingham, MI  48009

                                                               **s/ Todd M. Powers**
                                               Todd M. Powers #0027122
                                               Attorney for Defendant
                                               **Schroeder, Maundrell, Barbiere & Powers**
                                               11935 Mason Road, Suite 110
                                               Cincinnati, Ohio 45249
                                               513-583-4212 Phone
                                               513-283-4203 Fax
                                               **Email**  tpowers@schroederlaw.com