FILED
AUG 01 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL E. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 02-cv-1153-MJR |
| | ) | |
| EXCELL MARINE CORPORATION, | ) | |
| and MARQUETTE TRANSP. CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

      Jury trial is set in this case on January 20, 2004, with a final pretrial conference on January 5, 2004. The parties' deadline for filing dispositive motions is November 14, 2003, and a settlement conference is scheduled for December 9, 2003. Those deadlines and dates were assigned when this District Court was operating under Local Rules which permitted only a 10-day response time to major motions such as summary judgment motions.

      The Court recently adopted new Local Rules, which took effect on July 1, 2003. Local Rule 7.1(c) now permits *at least* 30 days to respond to summary judgment motions. Under the new Local Rules, if either Defendant timely files a dispositive motion on November 14, 2003, Plaintiff's response will be due December 19, 2003, and Defendants' replies will be due January 9, 2004.

      In other words, any dispositive motion filed on November 14th will not be ripe for the Court to rule on it until *after* January 9, 2004. Obviously, this renders the current settlement conference, final pretrial conference, and trial dates unworkable.



EXHIBIT A

Accordingly, the Court **RESETS** the following dates:

- A **final pretrial conference** will be held at 1:30 p.m. on Monday, March 29, 2004. The parties must present their joint, *signed* Final Pretrial Order at that time.

- **Trial** will commence on at 9:00 a.m. on Tuesday, April 20, 2004.

- The **settlement conference** before United States Magistrate Judge Clifford J. Proud currently scheduled for December 9, 2003 will be **RESET** for a date after the dispositive motions have been ruled on by the undersigned District Judge (*i.e.*, after February 20, 2004 and before March 29, 2004). Judge Proud's chambers will notify counsel as to the new settlement conference date and the deadline for submitting settlement statements.

Any questions regarding these settings/dates may be directed to Law Clerk Sheila Hunsicker at 618/482-9229.

**IT IS SO ORDERED.**

DATED this 1st day of August ~~July~~, 2003.

                                                          **MICHAEL J. REAGAN**
                                                          **United States District Judge**