### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY**

NOW COMES Defendants, Indiana Michigan Power Co. River Transportation Division and American Electric Fuel Supply, River Transportation Division, by and through counsel, and pursuant to Rule 26(a)(2) makes the following supplemental disclosure of expert testimony. Defendants reserve the right to amend this disclosure and further reserve the right to elicit opinions from experts not retained or specifically employed to provide expert testimony. The following individuals may be used to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence.

1.   **Mark G. Strauss, Ph.D., Ruhl Froensic, Inc., 1210 Lancaster Drive, Champaign, Illinois 61821.** Mr. Strauss is Defendants' biomedical engineer expert. Mr. Strauss' curriculum vitae is attached hereto as Exhibit "A." A copy of the report authored by Mr. Strauss in connection with the above-captioned action is attached hereto as Exhibit "B."

Respectfully submitted,

    **s/ Todd M. Powers**
Todd M. Powers (OH #0027122)
Attorney for Defendants
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4212 Phone
513-283-4203 Fax
**Email**  tpowers@schroederlaw.com

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true and accurate copy of the foregoing was served upon the following this 15th day of March, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorney for Plaintiff**

    **s/ Todd M. Powers**
Todd M. Powers (OH #0027122)
Attorney for Defendants
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4212 Phone
513-283-4203 Fax
**Email**  tpowers@schroederlaw.com