**CURRICULUM VITAE**

JOHN DECK III                                              (440) 635-0531
Post Office Box 501
Chardon, Ohio
44024 U.S.A.


| | |
|---|---|
| PERSONAL: | Age: 66  DOB: X/X/35<br>Height: 5'8"  Weight: 170 lbs.<br>Married: Sylvia Frances Gervasi<br><br>Retired Coast Guard Officer, 20 Years of service on 30 June 1979 with rank of Commander<br><br>Presently a private consultant |
| EDUCATION:<br>Post Graduate | Massachusetts Institute of Technology<br>Naval Engineer's Degree and M.S. (Mechanical Engineering) June 1969<br><br>Curriculum:<br><br>Required: Basic Naval Architecture and marine Engineering, Structural Design, Hydrodynamics, Fluid Flow, System Dynamics, Advanced Mathematics to Differential Equations, Computer Application. Thesis and Allied Research in the Dynamics and Controllability of Large Tank Vessels. |
| College | United States Coast Guard Academy, New London, Connecticut, B.S. 1959<br><br>Curriculum:<br><br>General Marine Engineering Curriculum plus Liberal Arts and Military Sciences. Graduated 32nd in class of 80 and commissioned a Regular Officer in the United States Coast Guard.<br><br>John Carroll University, Cleveland Ohio<br><br>Curriculum:<br><br>Basic Engineering Curriculum<br>Completed 1 1/2 years study. |
| Preparatory | Conneaut High School, Conneaut, Ohio<br>Graduated 1953, 15th in class of 110. |
| NON-DEGREE<br>TRAINING: | U.S. Army Nuclear Power Plant Course, Fort Belvoir, Virginia, included technical, practical, and theoretical training on SM-1 Stationary Nuclear Power Plant. Designated |

Curriculum Vitae
John Deck III
Page 2

                        qualified Nuclear Plant Engineer, U.S. Army in 1963.

                        Various short courses at different universities in Nuclear Engineering, Radiation Protection, Mechanical Reliability, Risk Analysis, Matrix Methods in Structural Analysis, Finite Element Analysis, Welding and Metallurgy, Fracture mechanics, offshore Petroleum Operations, and Non-destructive Testing.

**EXPERIENCE SUMMARY GENERAL:** Over 20 years experience in varied operations, training, and management phases of Coast Guard activities, including practical engineering work. Frequently recognized for writing and speaking ability, attention to detail, capacity for hard work and practical sense of accomplishment. Selected and sent to post-graduate school at Coast Guard expense. Received Coast Guard Commendation Medal for activities in marine nuclear power in 1979.

                        Since retirement in 1979, have worked as a private consultant. This consulting work has included extensive vessel casualty investigation, marine survey, and expert witness work. Casualty investigation work has been concentrated mainly in accident reconstruction. Have been qualified as an expert in various Federal, State, and County Courts. Developed basic naval architecture and hydrodynamics computer programs. Provided training and technology transfer in marine safety administration, inspection and survey, under the aegis of the International Maritime Organization.

                        Since 1983, have developed video production capability producing some 30 hours of training videos for IMO. Have developed computer based graphics animation capability used in several casualty investigations.

**ENGINEERING ADMINISTRATION** Chief of the Ship Design Branch, Merchant Marine Technical Division, Office of merchant Marine Safety. Staff of 13 professional engineers, most with advanced degrees. Responsibilities included commercial vessels from hydrofoils to bulk carries, concrete vessels to floating nuclear power plants.

Curricilum Vitae
John Deck III
Page 3

                        Included the disciplines of naval architecture, wave climatology, fire protection, structural analysis, fracture mechanics, and systems safety analysis, 1975 to 1979.

                        Also Nuclear Coordinator for Office of marine Safety, having responsibility for all nuclear matters coming under the purview of the Coast Guard, including nuclear ships, floating nuclear power plants, carriage of radioactive materials and radioactive waste discharge.

                        Chief of Merchant Marine Technical Field Branch, Cleveland, Ohio with responsibility for Great Lakes Region, 1971-1975.

                        Shipboard engineer on 4000 shp Steam Turbo-electric Coast Guard Cutters with all engineering positions including Chief Engineer.

**ENGINEERING TECHNICAL APPLICATIONS:** In the field of hydrodynamics, have done practical work in wave climatology and statistics, motion response and stability in application to integrated tug-barge systems, large vessels, and off-shore structures.

                        In the field of structural analysis, have done work in environmental loading with applications in casualty investigations, design code adequacy, and preliminary design concepts.

                        In the field of system safety, have done work in risk analysis of marine nuclear systems, hazardous cargo, innovative marine concepts, and vessel casualty investigations.

**ENGINEERING PRACTICAL APPLICATIONS:** Have served in duty afloat on Coast Guard Cutters for five years. Two years on the deck side. Three on the engineering side. Three years experience as inspector in Newport News Shipyard in both new construction and repair work. One year as resident Coast Guard nuclear Inspector on U.S.Army floating nuclear power plant, STURGIS, (MH-1A).

                        Qualified Coast Guard marine inspector, license examiner, and investigator. Ten years experience in Coast Guard as naval architect and marine engineer in plan review for new construction, alterations, new concepts, and innovative designs.

Curriculum Vitae
John Deck III
Page 4

                    Twenty two years of private consultancy including 1 1/2 years in an United Nations, Regional Shipping Development Project in the Caribbean under the International Maritime Organization.

                    Since 1985, have worked as an associate with Polaris Marine providing insurance surveys for BOATUS, State Farm, and INAMAR.

                    Since 1998, have worked as technical consultant and owner's representative for Jefferson County, Kentucky for the Steamer Belle of Louisville and the MV Spirit of Jefferson.

                    Since 2000, have worked as technical consultant to the Ohio Department of Natural Resources for the outfitting and alterations of the RV Explorer.

ENGINEERING RESEARCH:    Technical management responsibility for research and development in structures area for Coast Guard Marine Safety.

                    Directed research on maneuverability of tankers for Coast Guard Regulatory Development.

                    Provided technical input to work statements, technical evaluation of proposals, and technical monitoring of contracts of the Ships Structures Committee. (A federal multi-agency organization).

                    Selected to Sigma Xi National Research Society for thesis work accomplished at M.I.T.

                    Directed research on applications in cold weather for individual and group protection, and lifesaving equipment in Great Lakes Extended Navigation Season Demonstration Program.

                    Developed construction standards and details of the traditional West Indies Schooner. Developed a vessel registry of small vessels trading in the Caribbean Basin. Work carried out under the United Nations Regional Shipping Development Project, St. Lucia, West Indies.

                    Developed computer simulation programs for study of vessel maneuverability, motion in waves, and capsize potential.

```
Curriculum Vitae
John Deck III
Page 5
```

| | |
|---|---|
| ENGINEERING TRAINING: | Under aegis of United Nations, developed and conducted training programs in inspection and survey of hull and machinery. Programs included both classroom and videotape instruction. |
| DOMESTIC ENGINEERING COMMITTEE ACTIVITY: | Member, Society of Naval Architects and Marine Engineers, past member Hydrodynamics Committee and Nuclear Ships Panel, 1969 to present. |
| | Coast Guard Liaison to National Academy of Engineering, Marine Board, Formulation of National Oceanic Policy, 1969-1971. |
| | Coast Guard Liaison to National Academy of Engineering, Marine Board, Adequacy of Offshore Structures, 1979. |
| | Chairman, Safety and Survival Subcommittee, Great Lakes Extended Navigation Season Demonstration Program, 1972-1976. |
| | Chairman, SOLAS Working Group on Code of Safety of Nuclear Ships, 1976-1979 |
| | Testified as expert witness to Atomic Safety and Licensing Board on floating nuclear power plant. |
| | Testified as expert witness to Advisory Committee on Reactor Safety on floating nuclear power plant. |
| | Testified as expert witness to several Congressional Committees and Subcommittees on marine environment and marine safety matters. |
| INTERNATIONAL ENGINEERING COMMITTEE ACTIVITY: | Member, U.S. and Canada Joint Technical Committee, 1970-1973. |
| | Chairman, U.S. Delegation to Working Group on Code of Safety for Nuclear Merchant Ships, IMO, 1976-1979. |
| | Chairman, U.S. Delegation to Working Group on Safety of Nuclear Ships, Committee on Safety of Nuclear Installations, Nuclear Energy Agency, OECD, 1975-1979. |
| | Vice-Chairman, Joint IMCO/IAEA Technical Committee on Port Entry of Nuclear Ships, 1979. |

```
Curriculum Vitae
John Deck III
Page 6
```

|  |  |
|---|---|
|  | Chairman, Working Group on Code of Safety for Nuclear Merchant Ships, IMO, 1979-1980. |
|  | Member, U.S. Advisory Committee on Design and Equipment Subcommittee IMO for Vessel maneuverability, 1981 to 1990. |
| BUSINESS AFFILIATIONS | Vice President, Operations, American Admiralty Bureau, Ltd. |
|  | Associate, Polaris Marine Associates. |
|  | President, DECKTECH, DOUBLEDECKER PRODUCTIONS |
|  | Proprietor, Old Boat Works |