# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE TO TAKE DEPOSITION OF
## RON CAMPANA

**TO:**                      Gary Wm. Baun, Esq.
                                 401 S. Old Woodward, Suite 320
                                 Birmingham, MI 48009
                                 **Attorney for Plaintiff**

**WITNESS TO BE DEPOSED:**         Ron Campana

**DATE AND TIME:**              Wednesday, March 24, 2004
                                 at 8:00 a.m.

**PLACE DEPOSITION IS TO
BE TAKEN:** At the offices of:        John L. Young, Esq.
                                 915 St. Louis Street
                                 New Orleans, LA   70112-3489
                                 (504) 581-2200

     **PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being notified shall appear and at which time any party or their attorney may appear and examine, if they

may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

                                                  Respectfully submitted,

                                                  s/Todd M. Powers
                                                  Todd M. Powers, Esq. (0027122)
                                                  SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                                  11935 Mason Road, Suite 110
                                                  Cincinnati, OH  45249-3703
                                                  (513) 583-4212 (telephone)
                                                  (513) 583-4203 (facsimile)
                                                  **Attorney for Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served upon the following this 17th day of March, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorneys for Plaintiff**

                                                  s/Todd M. Powers
                                                  Todd M. Powers