IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Teddy Nichols, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:02-CV-45 |
| | ) |
| vs. | ) |
| | ) |
| Indiana Michigan Power | ) |
| Company River Transportation | ) |
| Division, et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

    This matter came before the Court on March 19, 2004 for a conference on Defendant's motion for continuance (Doc. No. 48). In its motion, Defendant moves to continue the final pretrial conference, which is now scheduled for April 9, 2004, and the trial date, which is now scheduled for April 26, 2004. Plaintiff does not object to Defendant's motion.

    Accordingly, Defendant's motion is well-taken and is **GRANTED**. The above referenced dates are hereby **VACATED**. By agreement of the parties, the final pretrial conference is now scheduled for August 6, 2004, at 10:30 a.m.; trial is now scheduled for August 31, 2004, at 9:00 a.m.

    **IT IS SO ORDERED**

Date  March 19, 2004           s/Sandra S. Beckwith
                               Sandra S. Beckwith
                               United States District Judge