# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE TO TAKE VIDEOTAPED
## DEPOSITION OF ARTHUR F. LEE, M.D.

**TO:**	Gary Wm. Baun, Esq.
	401 S. Old Woodward, Suite 320
	Birmingham, MI 48009
	**Attorney for Plaintiff**

**WITNESS TO BE DEPOSED:**	Arthur F. Lee, M.D.

**DATE AND TIME:**	Thursday, August 12, 2004
	at 4:00 p.m.

**PLACE DEPOSITION IS TO
BE TAKEN:** At the offices of:	Arthur F. Lee, M.D.
	Wellington Orthopaedic & Sports Medicine
	7663 Five Mile Road
	Cincinnati, Ohio 45230
	(513) 232-6677

**PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the stenographic and videotaped deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being notified shall appear and at which time any party or their attorney may

appear and examine, if they may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

Respectfully submitted,

_____s/Todd M. Powers_____
Todd M. Powers, Esq. (0027122)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249-3703
(513) 583-4212 (telephone)
(513) 583-4203 (facsimile)
**Attorney for Defendants**

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a true and accurate copy of the foregoing was served upon the following this 9th day of April, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorneys for Plaintiff**

_____s/Todd M. Powers_____
Todd M. Powers
