UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

FILED
JAMES BONINI
CLERK

04 APR 14 PM 12:48

TEDDY NICHOLS,

    Plaintiff,

-vs-                                      Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

    Defendants.
_____/

### PLAINTIFF'S SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESS DATED APRIL 12, 2004

NOW COMES Plaintiff, TEDDY NICHOLS, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, and hereby supplements his identification of expert witness to add the following:

    Larry T. Todd, Jr., D.O.
    OrthoNeuro
    1313 Olentangy River Road
    Columbus, OH 43212
    614-890-6555

Respectfully Submitted,

O'BRYAN BAUN COHEN KUEBLER

_____
GARY Wm. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
Telephone:   (248) 258-6262
Facsimile:    (248) 258-6047
gbaun@obryanlaw.net

Dated: April 12, 2004

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was mailed via first class mail, postage prepaid thereon, on the /2 day of April, 2004, to counsel of record as follows:

Todd M. Powers, Esq.
Schroeder, Maundrell, Barbiere & Powers
Suite 110, Governors Knoll
11935 Mason Rd.
Cincinnati, OH 45249-8950

_____
MARGARET L. COTTON