# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | Magistrate Hogan |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COME NOW Defendants, Indiana Michigan Power Co. River Transportation Division and American Electric Fuel Supply, River Transportation Division, and give notice of the appearance of Megan C. Ahrens of the firm Schroeder, Maundrell, Barbiere & Powers as co-counsel for Defendants in the within action.

Respectfully submitted,

_s/ Megan C. Ahrens_
Todd M. Powers (OH #0027109)
Megan C. Ahrens (OH #0076355)
Attorneys for Petitioners
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-707-4247 Phone
513-283-4203 Fax
**Email**  mahrens@schroederlaw.com

## CERTIFICATE OF SERVICE

_____I hereby certify that a true and accurate copy of the foregoing was served upon the following by electronic filing and/or U.S. mail this 20th day of April, 2004:

Gary Wm. Baun, Esq.
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorney for Plaintiff**

                                              **s/ Megan C. Ahrens**
                                              Todd M. Powers (OH #0027109)
                                              Megan C. Ahrens (OH #0076355)
                                              Attorneys for Petitioners
                                              **Schroeder, Maundrell, Barbiere & Powers**
                                              11935 Mason Road, Suite 110
                                              Cincinnati, Ohio 45249
                                              513-707-4247 Phone
                                              513-283-4203 Fax
                                              **Email**  mahrens@schroederlaw.com