# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION OF
## HOWARD NEIL

**TO:**  Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorney for Plaintiff**

**WITNESS TO BE DEPOSED:**  Howard Neil

**DATE AND TIME:**  Monday, June 7, 2004
at 11:00 a.m.

**PLACE DEPOSITION IS TO
BE TAKEN:** At the offices of:  Todd M. Powers, Esq
Schroeder, Maundrell, Barbiere
& Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4212

**PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being

notified shall appear and at which time any party or their attorney may appear and examine, if they may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

                                              s/Todd M. Powers
                                              Todd M. Powers, Esq. (0027122)
                                              SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                              11935 Mason Road, Suite 110
                                              Cincinnati, OH  45249-3703
                                              (513) 583-4212 (telephone)
                                              (513) 583-4203 (facsimile)
                                              **Attorney for Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served upon the following this 1st day of June, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorney for Plaintiff**

                                              s/Todd M. Powers
                                              Todd M. Powers