# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING DEPOSITION OF
## CAPTAIN RONALD L. CAMPANA

COMES NOW Defendants, Indiana Michigan Power Co. River Transportation Division and American Electric Fuel Supply, River Transportation Division, and give notice of the filing of the deposition transcript of Captain Ronald L. Campana taken March 24, 2004, attached hereto as Exhibit "A," and deposition exhibits C-1 and C-2, attached hereto as Exhibit "C-1" and "C-2," for use in the above-styled matter and for consideration in conjunction with Defendants' Motion In Limine.

Respectfully submitted,

    **s/ Todd M. Powers**
Todd M. Powers (OH #0027122)
Megan C. Ahrens (OH #0076355)
Attorneys for Defendants
**Schroeder, Maundrell, Barbiere & Powers**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4212 Phone
513-283-4203 Fax
**Email**  tpowers@smbplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served upon the following by electronic filing and/or U.S. mail this 24th day of June, 2004:

Gary Wm. Baun, Esq.
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Attorney for Plaintiff**

                                               **s/ Todd M. Powers**
                                         Todd M. Powers (OH #0027109)
                                         Megan C. Ahrens (OH #0076355)
                                         Attorneys for Defendants
                                         **Schroeder, Maundrell, Barbiere & Powers**
                                         11935 Mason Road, Suite 110
                                         Cincinnati, Ohio 45249
                                         513-583-4212 Phone
                                         513-283-4203 Fax
                                         **Email**  tpowers@smbplaw.com