# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION

**TO:** Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorney for Plaintiff

**WITNESS TO BE DEPOSED:** Gary D. Herrin, Ph.D.

**DATE AND TIME:** Monday, July 19, 2004
at 10:00 a.m.

**PLACE DEPOSITION IS TO
BE TAKEN:** At the offices of: Huron Court Reporters
623 West Huron Street
Ann Arbor, MI 48103
(734) 761-5328

**PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being notified shall appear and at which time any party or their attorney may appear and examine, if they

may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

Respectfully submitted,

s/Todd M. Powers
Todd M. Powers, Esq. (0027122)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249-3703
(513) 583-4212 (telephone)
(513) 583-4203 (facsimile)
Attorney for Defendants

## CERTIFICATE OF SERVICE

_____I hereby certify that a true and accurate copy of the foregoing was served upon the following this 8th day of July, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262 (telephone)
(248) 258-6047 (facsimile)
Attorneys for Plaintiff

s/Todd M. Powers
Todd M. Powers