IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION

**TO:**  Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorney for Plaintiff

**WITNESS TO BE DEPOSED:**  George E. Parsons, Ph.D.

**DATE AND TIME:**  Wednesday, July 14, 2004
at 2:00 p.m.

**PLACE DEPOSITION IS TO
BE TAKEN:** At the offices of:  Todd M. Powers
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

**PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being notified shall appear and at which time any party or their attorney may appear and examine, if they

may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

Respectfully submitted,

s/Todd M. Powers
Todd M. Powers, Esq. (0027122)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249-3703
(513) 583-4212 (telephone)
(513) 583-4203 (facsimile)
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the following this 8th day of July, 2004.

Gary Wm. Baun, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorney for Plaintiff

s/Todd M. Powers
Todd M. Powers
