# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No. C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC FUEL | ) | |
| SUPPLY, RIVER TRANSPORTATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION

**TO:**    Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorney for Plaintiff

**WITNESS TO BE DEPOSED:**    W. Patton Culbertson, Ph.D.

**DATE AND TIME:**    Tuesday, July 13, 2004
at 9:00 a.m. CST

**PLACE DEPOSITION IS TO BE TAKEN:** At the offices of:    Janet Parker and Associates
982 Government Street
Baton Rouge, LA 70802
(225) 344-4559

**PLEASE TAKE NOTICE** that at the above-stated date, hour and place, we shall take the deposition of the witness above-stated, pursuant to the Federal Rules of Civil Procedure, for all purposes permitted pursuant to law, before a notary public, at which time the witness hereby being notified shall appear and at which time any party or their attorney may appear and examine, if they may see fit.

This deposition is subject to continuance from time to time and place to place until completed.

        Respectfully submitted,

        s/Todd M. Powers
        Todd M. Powers, Esq. (0027122)
        SCHROEDER, MAUNDRELL, BARBIERE & POWERS
        11935 Mason Road, Suite 110
        Cincinnati, OH 45249-3703
        (513) 583-4212 (telephone)
        (513) 583-4203 (facsimile)
        Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served upon the following this 8th day of July, 2004:

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorneys for Plaintiff

        s/Todd M. Powers
        Todd M. Powers