UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

TEDDY NICHOLS,

      Plaintiff,

-vs-                                                                      Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

      Defendants.

---

### JOINT MOTION TO SCHEDULE SEAMAN'S SETTLEMENT HEARING

NOW COME the parties, by and through their respective counsel undersigned, and hereby move this Court to schedule a hearing for approval of seaman's settlement to take place on August 23, 2004 at the time presently scheduled for Pre-Trial Conference.

O'BRYAN BAUN COHEN KUEBLER                    SCHROEDER MAUNDRELL BARBIERE
                                                                                                                                                                   & POWERS

BY:  s/ Gary Wm. Baun                     BY:  s/ Todd M. Powers
      GARY Wm. BAUN (P28758)              TODD M. POWERS
      Attorneys for Plaintiff                       Attorneys for Defendant
      401 S. Old Woodward, Suite 320         Suite 110, Governors Knoll
      Birmingham, MI 48009                    11935 Mason Rd.
      Telephone:  (248) 258-6262             Cincinnati, OH 45249-8950
      Facsimile:   (248) 258-6047             Telephone:  (513) 583-4200
      gbaun@obryanlaw.net                 Facsimile:   (513) 583-4203
                                                                      tpowers@schroederlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

TEDDY NICHOLS,

       Plaintiff,

-vs-                                                                         Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

       Defendants.
_____

### **ORDER SCHEDULING SEAMAN'S SETTLEMENT HEARING**

       This matter having come before the Court upon Joint Motion of the Parties to Schedule Seaman's Settlement Hearing, and the Court being otherwise fully advised in the premises;

       NOW, THEREFORE;

       **IT IS HEREBY ORDERED** that a seaman's settlement hearing shall be held on August 23, 2004 at the time presently set for Pre-Trial Conference.

       IT IS SO ORDERED this _____ day of _____, 2004.

                                                                                                _____
                                                                                                UNITED STATES DISTRICT COURT JUDGE