FILED

04 AUG -9 PM 4:48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

TEDDY NICHOLS,

    Plaintiff,

-vs-                                                                  Case No: C-1-02-0045

INDIANA MICHIGAN POWER COMPANY
RIVER TRANSPORTATION DIVISION and/or
AMERICAN ELECTRIC POWER FUEL SUPPLY,
RIVER TRANSPORTATION DIVISION
Jointly and severally,

    Defendants.

---

### ORDER SCHEDULING SEAMAN'S SETTLEMENT HEARING

This matter having come before the Court upon Joint Motion of the Parties to Schedule Seaman's Settlement Hearing, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

**IT IS HEREBY ORDERED** that a seaman's settlement hearing shall be held on August 23, 2004 at the time presently set for Pre-Trial Conference. @ 3:00 P.M.

IT IS SO ORDERED this 9th day of August, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE
SANDRA S. BECKWITH

2