# CIVIL MINUTE SHEET

CASE NUMBER: C-1-02-45   DATE: Monday, August 23, 2004
TITLE: Nichols v. Indiana Michigan River Co., etc., et al
RE: Seaman's Settlement Hearing
(3:01 pm - 3:31 pm)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** M. Ramey

**Attorney for Plaintiff(s)**     **Attorney for Defendant(s)**
Garry Baum                         Megan Ahrens
                                   Todd Powers

## WITNESSES

1) Terry Nichols (3:08 - 3:26)

## PROCEEDINGS

1) Settlement Agreement summarized on the record by counsel for pltf. π calls Terry Nichols (π) for testimony supporting the settlement agreement regarding injuries. Today's record ordered to be sealed as well as the Settlement Agreement.