FILED

04 AUG 23 PM 4:05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | | |
|---|---|---|
| TEDDY NICHOLS, | ) | Case No.: C-1-02-0045 |
| | ) | |
| Plaintiff, | ) | Judge: Sandra S. Beckwith |
| v. | ) | |
| | ) | |
| INDIANA MICHIGAN POWER CO. | ) | |
| RIVER TRANSPORTATION DIVISION | ) | |
| and/or AMERICAN ELECTRIC POWER | ) | |
| FUEL SUPPLY, RIVER | ) | |
| TRANSPORTATION DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This day came Plaintiff, Teddy Nichols, in person and by his attorney, and came Defendant, Indiana Michigan Power Company, incorrectly denominated in the Complaint as American Electric Power Fuel Supply River Transportation Division, by and through its attorney, pursuant to the Petition for Leave to Compromise and settle the claim of Plaintiff herein. This Court, being fully advised of the terms of the settlement and having heard from Plaintiff, approves the settlement finding it fair in all respects and further finding Plaintiff to have entered into the Settlement Agreement freely, without deception or coercion, and with an adequate understanding of his medical condition and legal rights.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the compromise and settlement of this action pursuant to the Petition of Plaintiff is approved and this case is hereby dismissed, with prejudice to future action, each party to bear its own costs.

ENTERED this 23rd day of August, 2004.

ENTER:

_____
Judge Sandra S. Beckwith